UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                )<br>)   CRIMINAL NO. 04-10110-RWZ<br>JAMES BOGARTY, a/k/a "CHUCK", )<br>)<br>Defendant.                )  | |

### INFORMATION

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney Patrick M. Hamilton, hereby files this information stating that the government will rely on a certain drug conviction as the basis for a sentencing enhancement with respect to Counts Three, Four, Five and Eight of the Indictment.

In particular, the government will rely on one or the other of the following convictions:

> a January 24, 1994 conviction in Suffolk Superior Court, Docket Number SUCR1993-11078 for Possession with Intent to Distribute a Class B Controlled Substance (Second and Subsequent Offense), in violation of M.G.L. c. 94C, Section 32A(c), for which the defendant was sentenced to imprisonment for three years to three years and a day; and

> a June 1, 2001 conviction in Roxbury District Court, Docket Number 0101CR002006A, for Possession with Intent to Distribute a Class A Controlled Substance, in violation of M.G.L. c. 94C, Section 32C, for which the defendant was given a one-year suspended sentence.

Because Counts Three, Four, Five and Eight each involve less than five (5) grams of a mixture or substance containing cocaine base (also known as "crack"), the government submits that the

defendant is subject upon conviction on each of these counts to a maximum sentence of imprisonment for thirty (30) years, a fine of up to two million dollars and supervised release for at least six (6) years and for a maximum of life following any period of incarceration, pursuant to 21 U.S.C. § 841(b)(1)(C).

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By: _____
                              PATRICK M. HAMILTON
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA 02210
Date:     April 15, 2004      (617)748-3251