# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev 5/98

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. James Bogarty

FOR: _____
AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): James Bogarty

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor

DOCKET NUMBERS
Magistrate: _____
District Court: 04-10110 RWZ
Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed     Temp. Agency 1100  2002-2003
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: A/I don't
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes  ☑ No   N/A
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ _____
SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____  DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them:
Xavier - Father
Bria - Father

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| 0 | | $ 0 | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/15/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ James Bogarty