AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JAMES BOGARTY

WARRANT FOR ARREST

CR-04-10110-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JAMES BOGARTY**
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM WITH

distribution in a playground zone and a school zone of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 860.

_Marianne B. Bowler_
Name of Issuing Officer

_Sheila_ [signature]
Signature of Issuing Officer

Operations Supervisor
~~Chief United States Magistrate Judge~~
Title of Issuing Officer

April 8, 2004 at Boston, Massachusetts
Date and Location

Bail fixed at $ _____                    BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | WARRANT EXECUTED BY USMS - Abreu | [signature] |
| DATE OF ARREST | BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/15/04 |  |