UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10110-RWZ |
| | ) | |
| JAMES BOGARTY | ) | |
| | ) | |

**GOVERNMENT'S MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from July 13, 2004 (Final Status Conference), to and including August 3, 2004 (continued Final Status Conference)(excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

        By: /s/ David G. Tobin
            DAVID G. TOBIN
            Assistant U.S. Attorney

July 13, 2004