UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 04-CR-10110-RWZ |
| v. | ) | |
| | ) | |
| JAMES BOGARTY | ) | |
| Defendant. | ) | |

FILED
In Open Court
USDC, Mass.
Date 7/13/04
By /s/
Deputy Clerk
2:30 PM

## STATUS MEMORANDUM

The United States of America and the defendant by his undersigned counsel submit this status memorandum in the above-referenced case.

### Discovery/Additional Discovery

The government provided the defendant with automatic discovery on May 24, 2004 and subsequently made all relevant audio and video tapes available to the defense. The defendant has not filed a discovery letter.

### Defense of Insanity/Public Authority

Defendant Bogarty does not intend to present such defenses.

### Request for Alibi

Defendant Bogarty does not intend to present an alibi defense.

### Motions

On June 25, 2004, the court ordered that all motions be filed by July 6, 2004. No motions have been filed.

### Further Scheduling

Defendant Bogarty's attorney, Edward Lee, informed the government that he intends to ask for an additional status

conference in two weeks. Mr. Lee will seek the permission of the court to file a discovery/suppression motion after the July 6, 2004 motion filing deadline. The government does not object to an additional status conference in approximately two weeks. The defense agrees that said two week extension, if allowed, is excluded from the provisions of the Speedy Trail Act.

**Resolution of the Case**

The government anticipates a trial in this case.

**Excludable Delay**

On June 18, 2004, the court excluded the period of time from April 22, 2004 to May 25, 2004 and from June 15, 2004 to August 4, 2004, from the provisions of the Speedy Trial Act. On June 29, 2004, the court excluded the period of time from April 22, 2004 to June 7, 2004 and June 15, 2004 to August 4, 2004, from the provisions of the Speedy Trial Act. Accordingly, as of July 13, 2004, 7 days of non-excludable time will have been elapsed under the Speedy Trial Act, and 63 days remain under the Speedy Trial Act.

**Length of Trial**

The government anticipates approximately 10 days for its case-in-chief.

| For Defendant Bogarty | MICHAEL J. SULLIVAN<br>United States Attorney |
|---|---|
| /s/ Edward J. Lee<br>EDWARD J. LEE, Esq. | By: /s/ David G. Tobin<br>DAVID G. TOBIN, AUSA |

2