```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-CR-10110-RWZ |
| ) | |
| **JAMES BOGARTY** ) | |

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from October 8, 2004 (the date of a scheduled status conference that was postponed)to and including October 20, 2004 (the new date for the status conference originally scheduled for October 8, 2004) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, assented to this request on October 13, 2004.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By:  */s/ David G. Tobin*
                                        DAVID G. TOBIN
                                        Assistant U.S. Attorney

Date:  October 15, 2004