# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) |
| v. | ) CRIMINAL NO. 04-CR-10110-RWZ |
|  | ) |
| JAMES BOGARTY | ) |
|  | ) |

### GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE AND EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to continue the status conference scheduled for October 20, 2004 to October 26, 2004 and to exclude from all Speedy Trial Act calculations the period of time from October 20, 2004 to and including October 26, 2004 (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assented to this request on or before October 20, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By: /s/ David G. Tobin
    DAVID G. TOBIN
    Assistant U.S. Attorney

Dated:  October 21, 2004