UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10110-RWZ |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| 1. GERALD ANDERSON, a/k/a | ) 21 U.S.C. § 841(a)(1) – |
| "WEASLE", "WEZLE" and | ) Distribution of Cocaine Base |
| "WEEZE", and | ) |
| | ) 18 U.S.C. § 2 – |
| 2. JAMES BOGARTY, | ) Aiding and Abetting |
| a/k/a "CHUCK", | ) |
| Defendants. | ) 21 U.S.C. § 860(a) – Playground |
| | ) and School Zone Violations |

### SUPERSEDING INDICTMENT

COUNT ONE:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
Base; 21 U.S.C. § 860(a) -- School Zone Violation;
18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury charges that:

On or about July 31, 2003, at Boston, in the District of
Massachusetts,

### 2.    JAMES BOGARTY, a/k/a "CHUCK",

defendant herein, did knowingly and intentionally possess with
intent to distribute, and did distribute, a quantity of cocaine
base, also known as "crack," a Schedule II controlled substance,
within 1,000 feet of the real property comprising the George A.
Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections
841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States
Code, Section 2.

COUNT TWO:        (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                  Base; 21 U.S.C. § 860(a) -- Playground Zone
                  Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 3, 2003, at Boston, in the District of
Massachusetts,

## 2.    JAMES BOGARTY, a/k/a "CHUCK",

defendant herein, did knowingly and intentionally possess with
intent to distribute, and did distribute, a quantity of cocaine
base, also known as "crack," a Schedule II controlled substance,
within 1,000 feet of the real property comprising the Little
Scobie Playground.

All in violation of Title 18, United States Code, Section 2
and Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(C) and 860(a).

2

**COUNT THREE:**    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine**
**Base; 21 U.S.C. § 860(a) -- School Zone Violation;**
**18 U.S.C. § 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about September 10, 2003, at Boston, in the District of

Massachusetts,

**1.   GERALD ANDERSON, a/k/a "WEASEL", "WEZLE" and "WEEZE" and**
**2.   JAMES BOGARTY, a/k/a "CHUCK",**

defendants herein, did knowingly and intentionally possess with

intent to distribute, and did distribute, a quantity of cocaine

base, also known as "crack," a Schedule II controlled substance,

within 1,000 feet of the real property comprising the George A.

Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections

841(a)(1), 841(b)(1)(C)and 860(a), and Title 18, United States

Code, Section 2.

3

**COUNT FOUR:**      **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation)**

The Grand Jury further charges that:

On or about September 11, 2003, at Boston, in the District of Massachusetts,

    1.   **GERALD ANDERSON, a/k/a "WEASEL", "WEZLE" and "WEEZE",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

4

**COUNT FIVE:**    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation)**

The Grand Jury further charges that:

On or about September 16, 2003, at Boston, in the District of Massachusetts,

1.    **GERALD ANDERSON, a/k/a "WEASEL", "WEZLE" and "WEEZE",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

COUNT SIX:        (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                  Base; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 24, 2003, at Boston, in the District
of Massachusetts,

### 2.    JAMES BOGARTY, a/k/a "CHUCK",

defendant herein, did knowingly and intentionally possess with
intent to distribute, and did distribute, a quantity of cocaine
base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections
841(a)(1) and 841(b)(1)(C), and Title 18, United States Code,
Section 2.

6

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

(1) In conjunction with Counts 3, 4, and 5, and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant GERALD ANDERSON is responsible for at least 2 grams but less than 3 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(10) is applicable to the defendant.

(2) At the time Defendant GERALD ANDERSON committed the offenses charged in this Indictment, he was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

(3) In conjunction with Counts 1, 2, 3, and 6, and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant JAMES BOGARTY is responsible for at least 4 grams but less than 5 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(8) is applicable to the defendant.

(4) At the time Defendant JAMES BOGARTY committed the offenses charged in this Indictment, he was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense.

Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

**A TRUE BILL**

FOREPERSON OF THE GRAND JURY

DAVID G. TOBIN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: October 28, 2004

Returned into the District Court by the Grand Jurors and

filed.

DEPUTY CLERK

9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| 1.   GERALD ANDERSON, a/k/a | ) 21 U.S.C. § 841(a)(1) -- |
|      "WEASLE", "WEZLE" and | )    Distribution of Cocaine Base |
|      "WEEZE", and | ) |
| | ) 18 U.S.C. § 2 -- |
| 2.   JAMES BOGARTY, | )    Aiding and Abetting |
|      a/k/a "CHUCK", | ) |
|          Defendants. | ) 21 U.S.C. § 860(a) - Playground |
| | )    and School Zone Violations |

## SUPERSEDING INDICTMENT

I, the undersigned, foreman of the grand jury of this court,
at the term begun and held at Boston on the 28th day of October
A.D. 2004, in pursuance of Rule 6(c) of the Federal Rules of
Criminal Procedure, do herewith file with the Clerk of the Court
a record of the above case, this record not to be made public
except on order of the court, to wit:

_____ grand jurors concurring

in the Indictment.

FOREPERSON

10

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

**Place of Offense:**                   **Category No.** II_____        **Investigating Agency** DEA_____

**City**  Boston_____                **Related Case Information:**

**County**  Suffolk_____             Superseding Ind./ Inf.   Yes_____        Case No.  04-CR-10110-RWZ
                                        Same Defendant   Yes_____               New _____
                                        Magistrate Judge Case Number    _____
                                        Search Warrant Case Number    _____
                                        R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   Gerald Anderson_____                 Juvenile:    ☐ Yes    ■ No

Alias Name   Weasel, Wezle and Weeze_____

Address   16 Rockland Street, Roxbury, MA_____

Birthdate:  1982____  SS # - 9022____ Sex:  Male____  Race: African-American__ Nationality US____

**Defense Counsel if known:**   Benjamin D. Entine_____       Address 77 Franklin St., Suite 300

Bar Number    _____                                   Boston, MA 02110

**U.S. Attorney Information:**

AUSA   David G. Tobin_____              Bar Number if applicable    _____

**Interpreter:**        Yes      X  No        List language and/or dialect:    _____

**Matter to be SEALED:**       Yes   X    No

            Warrant Requested        ☐  Regular Process        X  In Custody

**Location Status:**

Arrest Date    _____

☐ Already in Federal Custody as of    _____  in  _____.
X Already in State Custody           X  Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:    _____  on  _____

**Charging Document:**        Complaint        ☐ Information        X  Indictment

**Total # of Counts:**        ☐ Petty _____    ☐ Misdemeanor _____    X Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date:   October 25, 2004_____        Signature of AUSA:    _____
                                                          aDid G. Tobin

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Gerald Anderson _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a school zone | 3,4 & 5 |
| Set 2 | 18 U.S.C. § 2 | Aiding and abetting | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js45.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** II            **Investigating Agency** DEA

**City**    Boston                    **Related Case Information:**

**County**   Suffolk                  Superseding Ind./ Inf.   Yes         Case No.   04-CR-10110-RWZ
                                       Same Defendant    Yes               New
                                       Magistrate Judge Case Number
                                       Search Warrant Case Number
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name    James Bogarty                        Juvenile:    ☐ Yes   ■ No

Alias Name    Chuck

Address    5 Esmond Street, #1, Dorchester, MA

Birthdate:  1970        SS # - 4535        Sex:  Male    Race:  African-American  Nationality US

**Defense Counsel if known:**    Edward J. Lee            Address  65 franklin Street, Suite 500

Bar Number                                               Boston, MA 02110

**U.S. Attorney Information:**

AUSA    David G. Tobin                    Bar Number if applicable

**Interpreter:**    Yes    X No        List language and/or dialect:

**Matter to be SEALED:**    Yes   X    No

         Warrant Requested        ☐ Regular Process    X    In Custody

**Location Status:**

Arrest Date    4/15/04

X Already in Federal Custody as of        4/15/04        in    U.S. Marshal Service
  Already in State Custody            Seving Sentence    Awaiting Trial
☐ On Pretrial Release:   Ordered by:            on

**Charging Document:**    Complaint    ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date:    October 28, 2004        Signature of AUSA:   _[signature]_
                                                       aDid G. Tobin

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    James Bogarty _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § § 841(a)(1) and 860 | Distribution of cocaine base in a school zone | 1, 3 |
| Set 2  21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 2 |
| Set 3  21 U.S.C. § 841(a)(1) | Distribution of cocaine base | 6 |
| Set 4  18 U.S.C. § 2 | Aiding and abetting | 1, 2, 3 and 6 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js45.