UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-CR-10110-RWZ |
| ) | |
| **JAMES BOGARTY** ) | |
| ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from January 21, 2005 (the date of the next scheduled status conference)to and including February 1, 2005 (the re-scheduled date for the status conference originally scheduled for January 21, 2005) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assented to this request on January 20, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: */s/ David G. Tobin*
DAVID G. TOBIN
Assistant U.S. Attorney

Dated:  January 20, 2005