UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          :
                                  :
            v.                    :
                                  :    CRIMINAL NO. 04-10110-RWZ
GERALD ANDERSON and               :
JAMES BOGARTY                     :
            Defendants.           :

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY
TRIAL ACT AS TO DEFENDANT JAMES BOGARTY**

The United States of America, by and through the undersigned counsel, files this Motion to Exclude Time Under the Speedy Trial Act from March 3, 2005 until April 8, 2005 as to Defendant James Bogarty.   In support of its motion, the government states as follows:

1.   On February 1, 2005, this Court held a further status conference as to Defendant James Bogarty.  At that time, the Court set a further status conference for March 3, 2005 and the parties agreed to the exclusion of time between the status conference and the further status conference to be held on March 3rd for the purposes of the Speedy Trial Act.

2.   On February 9, 2005, this Court held a status conference as to Defendant Gerald Anderson.  At that time, the Court set a further status conference for April 8, 2005 and the parties agreed to an exclusion of time between the status conference and the further status conference to be held on April 8, 2005. Subsequently, the government filed an assented-to motion to exclude

the time between February 9th and April 8th as to Defendant Anderson

and the Court allowed this motion on February 27, 2005.

     3.  On or about February 25, 2005, the government filed a motion (with the assent of Defendant Bogarty) to continue his further status conference from March 3, 2005 to April 8, 2005 and consolidate it with the further status conference to be held in regard to Defendant Anderson on April 8th.  The Court allowed this motion on February 27, 2005.

     4.  The government now moves to exclude the period between March 3, 2005 and April 8, 2005 as to Defendant Bogarty for the purposes of the Speedy Trial Act.

     5.  Given the foregoing circumstances, the government respectfully requests that the Court exclude the period between March 3, 2005 and April 8, 2005 under the Speedy Trial Act since ends of justice served by the exclusion of this period outweighs the interests of the defendant and the public in a speedy trial.

     6.  Counsel for Defendant Bogary Assents to this motion.

     WHEREFORE, the government respectfully submits that an order of excludable delay should issue pursuant to 18 U.S.C. §3161(h)(8)(A) as to Defendant James Bogarty for the period from March 3, 2005 through and including April 8, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:  s/Denise J. Casper
DENISE J. CASPER
DAVID G. TOBIN
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3120

Date: March 2, 2005

CERTIFICATE OF SERVICE


This is to certify that I have this day served upon the person

listed below a copy of the foregoing document by depositing in the

United States mail a copy of same in an envelope bearing sufficient

postage for delivery:


Edward J. Lee
65 Franklin Street
Suite 500
Boston, MA 02110


This 2nd day of March 2005.


/s Denise Jefferson Casper
DENISE JEFFERSON CASPER
ASSISTANT UNITED STATES ATTORNEY