UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
) DOCKET NO. 04-CR-10110-RWZ
v. )
)
James Bogarty )

### MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, James Bogarty, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓) Disagreement on strategy;

( ) Failure to obtain a bail appeal;

(✓) Lack of understanding between me and my attorney;

(✓) Failure to present my best interests;

( ) Other:

_____
_____
_____
_____
_____
_____
_____

Respectfully submitted,

James Bogarty
_____, Pro Se
26 Long Pond Road
Plymouth, MA 02360

Dated:
3/8/05