UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                   Cr. No. 04-CR-10110-RWZ

JAMES BOGARTY

### MOTION TO RE-SCHEDULE SENTENCING HEARING

Now comes, Robert Y. Murray, counsel for the Defendant in the above-captioned matter and respectfully moves that the date for sentencing be changed from February 23, 2006 to some date after March 13, 2006.

AND FOR REASON THEREFORE, said Robert Y. Murray states that he has had reservations for a vacation out of the Country, will be out of the Country on February 23, 2006 and will not be returning until on or about March 6, 2006.

Respectfully submitted,

JAMES BOGARTY

By his attorney,

Robert Y. Murray
RAMSEY & MURRAY
225 Friend Street
Boston, MA  02114
(617)723-8100

Dated: November 22, 2005