APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10110-RWZ-ALL

Case title: USA v. Anderson et al                Date Filed: 04/09/2004

Assigned to: Judge Rya W. Zobel

**Defendant**

**Gerald Anderson** (1)              represented by **Benjamin D. Entine**
*TERMINATED: 03/23/2006*                            Attorney at Law
*also known as*                                     Suite 300
Weasle (1)                                          77 Franklin Street
*TERMINATED: 03/23/2006*                            Boston, MA 02110
*also known as*                                     617-357-0770
Wezle (1)                                           Fax: 617-357-1612
*TERMINATED: 03/23/2006*                            Email: bejdphd@earthlink.net
*also known as*                                     *LEAD ATTORNEY*
Weeze (1)                                           *ATTORNEY TO BE NOTICED*
*TERMINATED: 03/23/2006*                            *Designation: CJA Appointment*

**Pending Counts**                                  **Disposition**

21:841(a)(1) - DISTRIBUTION
OF COCAINE BASE; 21:860(a) -
SCHOOL ZONE VIOLATION;
18:2 -AIDING AND ABETTING
(3)

                                                    The defendant is sentenced to 37
21:841(a)(1) Distribution of                        months BOP; 72 months SR;
Cocaine Base; 21:860(a) School                      $300.00 SA; no fine; standard
Zone Violation;18:2 Aiding and                      conditions apply; drug treatment
Abetting                                            & testing; if deported, leave the
(3s)                                                US; recommendation; Fairton, NJ;
                                                    participate in a GED program;

21:841(a)(1) - DISTRIBUTION
OF COCAINE BASE; 21:860(a) -
SCHOOL ZONE VIOLATION

(4-5)

21:841(a)(1) Distribution of Cocaine Base; 21:860(a) School Zone Violation
(4s-5s)

The defendant is sentenced to 37 months BOP; 72 months SR; $300.00 SA; no fine; standard conditions apply; drug treatment & testing; if deported, leave the US; recommendation; Fairton, NJ; participate in a GED program;

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

Assigned to: Judge Rya W. Zobel

**Defendant**

**James Bogarty** (2)
*TERMINATED: 03/23/2006*
*also known as*
Chuck (2)
*TERMINATED: 03/23/2006*

represented by **Edward J. Lee**
Attorney at Law
65 Franklin Street
Suite 500
Boston, MA 02110
617-350-6882
Fax: 617-348-2147
Email: ek@carolan-greeley.com
*TERMINATED: 11/18/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Robert Y. Murray**
Ramsey & Murray
225 Friend Street
Boston, MA 02114
617-723-8100
Fax: 617-723-3983
Email: murray@rmboston.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:841 (a)(1)-DISTRIBUTION OF COCAINE BASE;21U.S.C. 860(a)-SCHOOL ZONE VIOLATION; 18U.S.C -AIDING AND ABETTING
(1)

21:841(a)(1) Distribution of Cocaine Base; 21:860(a) School Zone Violation;18:2 Aiding and Abetting
(1s-3s)

21:841 (a)(1)-DISTRIBUTION OF COCAINE BASE;21U.S.C. 860(a)-PLAYGROUND ZONE VIOLATION; 18U.S.C 2-AIDING AND ABETTING
(2)

21:841 (a)(1)-DISTRIBUTION OF COCAINE BASE;21U.S.C. 860(a)-SCHOOL ZONE VIOLATION; 18U.S.C 2-AIDING AND ABETTING
(3)

21:841 (a)(1)-DISTRIBUTION OF COCAINE BASE;18 U.S.C. 2-AIDING AND ABETTING;
(6)

**Disposition**

The defendant was sentenced to 108 months BOP; 12 years SR; Standard conditions apply; Rec. 500 hour drug treeatment program; SC; mental helath and drug treatment & testing; DNA sample; SA; $400.00;

| | |
|---|---|
| 21:841(a)(1) Distribution of Cocaine Base; 18:2 Aiding and Abetting<br>(6s) | The defendant was sentenced to 108 months BOP; 12 years SR; Standard conditions apply; Rec. 500 hour drug treeatment program; SC; mental helath and drug treatment & testing; DNA sample; SA; $400.00; |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**    **Disposition**

None

---

**Plaintiff**

USA    represented by **Patrick M. Hamilton**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3251
Fax: 617-748-3965
Email: patrick.hamilton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Tobin**
United States Attorneys Office

1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email: David.Tobin@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2004 | 1 | SEALED INDICTMENT as to Gerald Anderson (1) count(s) 3, 4-5, James Bogarty (2) count(s) 1, 2, 3, 6. (Diskes, Sheila) Modified on 4/9/2004 (Catino3, Theresa). (Entered: 04/09/2004) |
| 04/08/2004 | 2 | MOTION to Seal Case as to Gerald Anderson, James Bogarty by USA. (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/08/2004 |  | Judge Marianne B. Bowler : Electronic ORDER entered granting [2] Motion to Seal Case as to Gerald Anderson (1), James Bogarty (2) (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/08/2004 |  | Arrest Warrant Issued as to James Bogarty. (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/08/2004 | 3 | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Pretrial as to Gerald Anderson, James Bogarty (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/14/2004 | 4 | Arrest Warrant Issued as to Gerald Anderson. (Diskes, Sheila) (Entered: 04/14/2004) |
| 04/15/2004 | 5 | MOTION to Unseal Case as to Gerald Anderson, James Bogarty by USA. (Smith3, Dianne) (Entered: 04/15/2004) |
| 04/15/2004 |  | Judge Marianne B. Bowler : Endorsement on motion ORDER entered granting [5] Motion to Unseal Case as to Gerald Anderson (1), James Bogarty (2) (Smith3, Dianne) (Entered: 04/15/2004) |
| 04/15/2004 | 6 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to James Bogarty (Johnson, Jay) (Entered: 04/15/2004) |
| 04/15/2004 |  | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Appearance as to James Bogarty held on 4/15/2004; Patrick Hamilton, David Tobin for the |

| | | |
|---|---|---|
| | | Govt.; Ed Lee for the Deft.; Deft. informed of charges, rigts and right to counsel; Deft. cannot afford counsel; completes financial affidavit; Court orders appointment of counsel and orders Atty Lee appointed; Deft. is sworn and is questioned by the court; Govt. moves for detention and continuance; Detention and arraignment set for April 27, 2004 at 10:30 AM; Deft. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/15/2004) |
| 04/15/2004 | 7 | Writ of Habeas Corpus ad Prosequendum Issued as to Gerald Anderson for 4/22/04 at 11:00 AM in Courtroom # 25 for Initial Appearance before Magistrate Judge Marianne B. Bowler (Saccoccio, Dianalynn) (Entered: 04/15/2004) |
| 04/15/2004 | 8 | CJA 23 Financial Affidavit by James Bogarty (Saccoccio, Dianalynn) (Entered: 04/16/2004) |
| 04/15/2004 | 10 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to James Bogarty : Appointment of Attorney Edward J. Lee for James Bogarty. (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| 04/15/2004 | 13 | CJA 23 Financial Affidavit by Gerald Anderson (Saccoccio, Dianalynn) Additional attachment(s) added on 4/22/2004 (Saccoccio, Dianalynn). (Entered: 04/22/2004) |
| 04/16/2004 | 9 | Arrest Warrant Returned Executed on 4/15/04. as to James Bogarty. (Johnson, Jay) (Entered: 04/20/2004) |
| 04/22/2004 | | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Gerald Anderson (1) Count 3,4-5 held on 4/22/2004, Initial Appearance as to Gerald Anderson held on 4/22/2004; Peter Levitt for Patrick Hamilton for the Govt.; George Moriarty for Pretrial; Benjamin Entine for the deft.; Deft. informed of charges, rights and right to counsel; Deft. completes financial affidavit and court orders the appointment of Atty. Entine; Deft. is sworn and questioned by the court; Govt. moves for detention; Deft. is serving a state sentence at Suffolk House of Corrections; Court notes that there is an I.A.D. issue and informs deft. of choice of staying in state custody or to be placed in federal custody; Deft. requests to be transferred into federal custody;Deft. waives reading of the indictment in its entirety; Deft. pleads not guilty to all counts; Govt. anticipates Approx. 5 witnesses and the approximate length of the trial to be 4 days; Initial status conference set for June 15, 2004 at 10:00 AM; Court addresses |

| | | |
|---|---|---|
| | | matter of detention as USA v. King does not apply ; Atty. Entine states that the deft. will enter into voluntary detention and the court will issue an order of voluntary detention; Deft. is remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| 04/22/2004 | 12 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Gerald Anderson : Appointment of Attorney Benjamin D. Entine for Gerald Anderson. (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| 04/22/2004 | 14 | Judge Marianne B. Bowler : ORDER entered ORDER OF VOLUNTARY DETENTION as to Gerald Anderson (Saccoccio, Dianalynn) (Entered: 04/23/2004) |
| 04/23/2004 | 15 | Arrest Warrant Returned Executed on 4/22/04. as to Gerald Anderson. (Johnson, Jay) (Entered: 04/27/2004) |
| 04/27/2004 | | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to James Bogarty (2) Count 1,2,3,6 held on 4/27/2004, Detention Hearing as to James Bogarty held on 4/27/2004; David Tobin for the Govt.; Ed Lee for the deft.; Govt. offers 2 exhibits; Court takes recess to allow for the deft. to be interviewed by pretrial; Court to resume at 2:00 PM this afternoon. Deft. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/27/2004) |
| 04/27/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to James Bogarty (2) Count 1,2,3,6 held on 4/27/2004, Detention Hearing as to James Bogarty held on 4/27/2004;Matter continued from this morning; Parties re-appear to argue detention;Court is presented with report from pretrial services; Govt. moves for detention;Counsel for the deft. moves for pretrial release with conditions and argues for the release;Deft. will consent to voluntary detention pending the submission of a proposal from Atty. Lee;Court will issue an order of voluntary detention without prejudice;Deft. waives reading of the indictment in its entirety; Deft. pleads not guilty to all counts; Govt. anticipates ten witnesses and the approximate length of the trial to be two weeks; Initial status conference set for June 21, 2004 @ 2:30 PM; Deft. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/27/2004) |

| | | |
|---|---|---|
| 04/27/2004 | 16 | EXHIBIT/WITNESS LIST by USA as to James Bogarty (Saccoccio, Dianalynn) (Entered: 04/27/2004) |
| 04/27/2004 | 17 | Judge Marianne B. Bowler : ORDER entered ORDER OF VOLUNTARY DETENTION as to James Bogarty (Saccoccio, Dianalynn) (Entered: 04/28/2004) |
| 05/11/2004 | 18 | MOTION for Protective Order as to Gerald Anderson, James Bogarty by USA. (Johnson, Jay) (Entered: 05/14/2004) |
| 06/01/2004 |  | Judge Marianne B. Bowler : electronic ORDER entered granting 18 Motion for Protective Order as to Gerald Anderson (1), James Bogarty (2), there being no opposition. (Bowler, Marianne) (Entered: 06/01/2004) |
| 06/01/2004 | 19 | Judge Marianne B. Bowler : PROTECTIVE ORDER entered as to Gerald Anderson, James Bogarty (Saccoccio, Dianalynn) (Entered: 06/07/2004) |
| 06/15/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Status Conference as to Gerald Anderson held on 6/15/2004; Patrick Hamilton for the govt.; Benjamin Entine for the deft.; Counsel for the deft. requests additional time; Govt. does not object; Parties agree to exclude the time; Final status set for August 4, 2004 at 10:30 AM; Govt. to file an assented to motion to exclude the time from June 15, 2004 to August 4, 2004. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 06/16/2004) |
| 06/16/2004 | 20 | MOTION for Excludable Delay from 4/22/04 to 5/25/04 and from 6/15/04 - 8/4/04as to Gerald Anderson, James Bogarty by USA. (Johnson, Jay) (Entered: 06/17/2004) |
| 06/18/2004 |  | Judge Marianne B. Bowler : electronic ORDER entered granting 20 Motion to Exclude as to Gerald Anderson (1), James Bogarty (2) (Bowler, Marianne) (Entered: 06/18/2004) |
| 06/21/2004 |  | as to James Bogarty : Status conference not held; Counsel for deft. sis not appear; Contacted counsel and asked him to call the govt. to reschedule sometime within the week. (Saccoccio, Dianalynn) (Entered: 06/22/2004) |
| 06/21/2004 | 21 | MOTION for Excludable Delay from 4/22/04 to 6/7/04 and 6/15/04 to 8/4/04as to Gerald Anderson, James Bogarty by USA. (Johnson, Jay) (Entered: 06/23/2004) |
| 06/25/2004 |  | electronic Clerk's Notes for proceedings held before Judge |

| | | |
|---|---|---|
| | | Marianne B. Bowler :Status Conference as to James Bogarty held on 6/25/2004;Patrick Hamilton for Govt; Ed Lee for deft; Defense states status of case re: discovery and 3rd party; defense requests more time; any and all motions by 7/6/04; further Detention Hearing set for 7/1/2004 02:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. Final Status Conference set for 7/13/2004 02:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Court Reporter digital.) (Simeone, Maria) (Entered: 06/25/2004) |
| 06/29/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 21 Motion to Exclude as to Gerald Anderson (1), James Bogarty (2) (Bowler, Marianne) (Entered: 06/29/2004) |
| 07/01/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Detention Hearing as to James Bogarty held on 7/1/2004; David Tobin for the govt.; Edward Lee for the deft.; Josh Ulrich for Pretrial Services; Counsel for the deft. proffers for release of the deft.; Govt. argues that deft. remain detained pending trial; Court takes matter under advisement; Deft. remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 07/01/2004) |
| 07/01/2004 | 22 | Memorandum regarding Defendants Apllication for Bail to a Third Party Custodian as to Gerald Anderson, James Bogarty (Johnson, Jay) (Entered: 07/06/2004) |
| 07/13/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Final Status Conference as to James Bogarty held on 7/13/2004; Robert Peabody for David Tobin for the govt.; Edward Lee for the deft.; Defense counsel requests an additional two weeks; Govt. does not object; Govt. files status memorandum in open court; Further status conference set for August 3, 2004 at 10:00 AM; Parties agree to exclude the time from today through August 3, 2004; Govt. to file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 07/13/2004) |
| 07/13/2004 | 23 | MOTION to Exclude *Time* from 7/13/04 - 8/3/04 as to James Bogarty by USA. (Tobin, David) Modified on 7/15/2004 (Johnson, Jay). (Entered: 07/13/2004) |
| 07/13/2004 | 24 | JOINT STATUS MEMORANDUM of the parties re initial |

| | | |
|---|---|---|
| | | status conference by James Bogarty (Johnson, Jay) (Entered: 07/14/2004) |
| 07/15/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 23 Motion to Exclude as to James Bogarty (2) (Bowler, Marianne) (Entered: 07/15/2004) |
| 08/03/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Further Status Conference as to James Bogarty held on 8/3/2004; Patrick Hamilton for the govt.; Edward Lee for the deft.; Counsel for the deft. requests a final status date amenable with the govt. and the court; Court sets final status for September 8, 2004 at 2:15 PM; Parties agree to exclude the time from today to September 8, 2004 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 08/03/2004) |
| 08/04/2004 | 25 | MOTION to Continue *Status Conference* to 09/20/04 as to Gerald Anderson. (Entine, Benjamin) (Entered: 08/04/2004) |
| 08/04/2004 | 26 | MOTION to Exclude *Time* as to Gerald Anderson. (Entine, Benjamin) (Entered: 08/04/2004) |
| 08/06/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 25 Motion to Continue as to Gerald Anderson (1); granting 26 Motion to Exclude as to Gerald Anderson (1) (Bowler, Marianne) (Entered: 08/06/2004) |
| 08/07/2004 | 27 | Judge Marianne B. Bowler : ORDER entered ORDER OF DETENTION as to James Bogarty (Bowler, Marianne) (Entered: 08/07/2004) |
| 08/10/2004 | 28 | (Assented to) MOTION for Excludable Delay from 8/3/04 to 9/8/04 as to James Bogarty . (Johnson, Jay) (Entered: 08/12/2004) |
| 09/07/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 28 Motion to Exclude as to James Bogarty (2) (Bowler, Marianne) (Entered: 09/07/2004) |
| 09/08/2004 | | Set/Reset Hearings as to Gerald Anderson : Further Status Conference reset for 9/20/2004 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (NOTE: Time change only) (Saccoccio, Dianalynn) (Entered: 09/08/2004) |
| 09/08/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to James Bogarty |

| | | |
|---|---|---|
| | | held on 9/8/2004; David Tobin for the govt. and Edward Lee for the deft.; Counsel for the deft. addresses the court; Court sets further status for October 8, 2004 at 2:15 PM; Govt. to file assented to motion to exclude the time from today to October 8, 2004. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 09/08/2004) |
| 09/09/2004 | 29 | Assented to MOTION to Exclude *Time* as to Gerald Anderson, James Bogarty by USA. (Tobin, David) (Entered: 09/09/2004) |
| 09/09/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 29 Motion to Exclude as to James Bogarty (2) (Bowler, Marianne) (Entered: 09/09/2004) |
| 09/20/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Final status conference as to Gerald Anderson held on 9/20/2004; David Tobin for the govt. and Ben Entine for the deft.; Counsel for the deft. requests additional time and the govt. is amenable and the parties agree to exclude the time from today to the next status date; Further status conference set for October 20, 2004 at 11:00 AM; The govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 09/20/2004) |
| 09/21/2004 | 30 | Assented to MOTION to Exclude *Time* as to Gerald Anderson by USA. (Tobin, David) (Entered: 09/21/2004) |
| 09/22/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 30 Motion to Exclude as to Gerald Anderson (1) (Bowler, Marianne) (Entered: 09/22/2004) |
| 10/05/2004 | | Set/Reset Hearings as to James Bogarty: Status Conference reset pursuant to request of counsel from 10/8/04 at 2:15 PM to 10/13/2004 at 2:30 PM in Courtroom # 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 10/05/2004) |
| 10/15/2004 | 31 | Assented to MOTION to Exclude *Time* as to James Bogarty by USA. (Tobin, David) (Entered: 10/15/2004) |
| 10/18/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 31 Motion to Exclude as to James Bogarty(2). (Bowler, Marianne) (Entered: 10/18/2004) |
| 10/20/2004 | 32 | Assented to MOTION to Exclude *Time* as to Gerald Anderson by USA. (Tobin, David) (Entered: 10/20/2004) |

| | | |
|---|---|---|
| 10/20/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Further status conference for Gerald Anderson held on 10/20/2004; Patrick Hamilton for the govt.; Benjamin Entine for the deft.; Counsel for the deft. requests an additional 90 days; Govt. is amenable; Further status set for 1/20/2005 at 10:30 AM; Parties agree to exclude the time from today to 1/20/2005 and the govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 10/21/2004) |
| 10/21/2004 | 33 | Assented to MOTION to Exclude *Time* as to Gerald Anderson by USA. (Tobin, David) (Entered: 10/21/2004) |
| 10/21/2004 | 34 | Assented to MOTION to Continue *and Exclude Time* as to James Bogarty by USA. (Tobin, David) (Entered: 10/21/2004) |
| 10/21/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 33 Motion to Exclude as to Gerald Anderson(1). (Bowler, Marianne) (Entered: 10/21/2004) |
| 10/21/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 34 Motion to Continue as to James Bogarty(2). (Bowler, Marianne) (Entered: 10/21/2004) |
| 10/26/2004 | | Electronic Clerk's Notes for proceedings held before Magistate Judge Marianne B. Bowler:Further status conference for James Bogarty held on 10/26/2004; David Tobin for the govt. and Edward Lee for the deft.; Counsel for the deft. requests additional time and the govt. is amenable; Further status conference set for 11/12/2004 and the parties agree to exclude the time from today to 11/12/2004; The govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 10/26/2004) |
| 10/28/2004 | 35 | SUPERSEDING INDICTMENT as to Gerald Anderson (1) count(s) 3s, 4s-5s, James Bogarty (2) count(s) 1s-3s, 6s. (Gawlik, Cathy) (Entered: 10/29/2004) |
| 10/29/2004 | 36 | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Pretrial proceedings re: Superseding Indictment as to Gerald Anderson, James Bogarty (Gawlik, Cathy) (Entered: 10/29/2004) |
| 11/02/2004 | 37 | NOTICE OF HEARING for Gerald Anderson and James Bogarty: Arraignment on the superseding indictment set for |

| | | |
|---|---|---|
| | | 11/12/2004 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 11/02/2004) |
| 11/12/2004 | 38 | Assented to MOTION to Exclude *Time* as to Gerald Anderson, James Bogarty by USA. (Tobin, David) (Entered: 11/12/2004) |
| 11/12/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Arraignment on the superseding indictment for Gerald Anderson (1) counts 3s,4s and 5s and James Bogarty (2) counts 1s, 2, 3s,and 6s held on 11/12/2004; David Tobin for the govt.; Benjamin Entine and Edward Lee for the defts.; Defts. waive the reading of the indictment and plead not guilty to all counts' Govt. anticipates eight witnesses and the trial to last four days; Initial status conference set for 1/21/2005 at 10:30 AM. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 11/15/2004) |
| 11/15/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 38 Motion to Exclude as to Gerald Anderson(1) and James Bogarty(2). (Bowler, Marianne) (Entered: 11/15/2004) |
| 11/22/2004 | 39 | NOTICE OF ATTORNEY APPEARANCE David G. Tobin appearing for USA. (Tobin, David) (Entered: 11/22/2004) |
| 01/05/2005 | | Motion terminated for Gerald Anderson and James Bogarty: 29 Assented to MOTION to Exclude *Time* filed by USA; Motion terminated in light of the order granting the motion on 9/9/2004. (Saccoccio, Dianalynn) (Entered: 01/05/2005) |
| 01/05/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 32 Motion to Exclude as to Gerald Anderson(1). (Bowler, Marianne) (Entered: 01/05/2005) |
| 01/20/2005 | 40 | Assented to MOTION to Exclude *Time* as to James Bogartyby USA. (Tobin, David) (Entered: 01/20/2005) |
| 01/31/2005 | 41 | MOTION to Continue *Status Conference scheduled for 2/1/05 at 2:30 pm* as to Gerald Anderson. (Entine, Benjamin) (Entered: 01/31/2005) |
| 02/01/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 40 Motion to Exclude as to James Bogarty(2). (Bowler, Marianne) (Entered: 02/01/2005) |
| 02/01/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 41 Motion to Continue as to Gerald Anderson(1). |

| | | |
|---|---|---|
| | | (Bowler, Marianne) (Entered: 02/01/2005) |
| 02/01/2005 | | Set/Reset Hearings for Gerald Anderson: Further status conference set for 2/9/2005 at 2:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 02/01/2005) |
| 02/01/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for James Bogarty held on 2/1/2005; David Tobin for the govt. and Edward Lee for the deft.; Parties address the status of the case; A further status is set for 3/3/2005 at 2:30 PM; Parties agree to exclude the time from today to 3/3/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 02/01/2005) |
| 02/09/2005 | 42 | Assented to MOTION to Exclude *Time* as to Gerald Andersonby USA. (Tobin, David) (Entered: 02/09/2005) |
| 02/09/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Gerald Anderson held on 2/9/2005; Paul Moore standing in for David Tobin for the govt. and Benjamin Entine for the deft.; Counsel for the deft. requests an additional 60 days for a final status conference and the govt. is amenable; Final status conference is set for 4/8/2005 at 10:15 AM; The parties agree to exclude the time from today to 4/8/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 02/10/2005) |
| 02/22/2005 | 43 | MOTION to Continue *Status Conference* as to Gerald Anderson, James Bogartyby USA. (Tobin, David) (Entered: 02/22/2005) |
| 02/25/2005 | 44 | Amended MOTION to Continue *Status Conference* as to Gerald Anderson, James Bogartyby USA. (Tobin, David) (Entered: 02/25/2005) |
| 02/27/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 42 Motion to Exclude as to Gerald Anderson(1); granting 43 Motion to Continue as to Gerald Anderson(1) and James Bogarty 2); granting 44 Motion to Continue as to Gerald Anderson(1) and James Bogarty(2). (Bowler, Marianne) (Entered: 02/27/2005) |
| 02/28/2005 | | Set/Reset Hearings for Gerald Anderson and James Bogarty: |

| | | |
|---|---|---|
| | | Final status conference reset for 4/8/2005 at 10:15 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 02/28/2005) |
| 03/02/2005 | 45 | Assented to MOTION to Exclude *Time* as to James Bogarty by USA. (Tobin, David) (Entered: 03/02/2005) |
| 03/03/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 45 Motion to Exclude as to James Bogarty(2). (Bowler, Marianne) (Entered: 03/03/2005) |
| 03/08/2005 | 46 | MOTION to Dismiss appointed Counsel and to appoint new counsel. (Johnson, Jay) (Entered: 03/15/2005) |
| 03/16/2005 | | NOTICE OF HEARING ON MOTION for James Bogarty; 46 Motion to Dismiss Appointed Attorney and to Appoint New Attorney filed by James Bogarty; Motion hearing set for 3/21/2005 at 11:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 03/16/2005) |
| 03/21/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing for James Bogarty held on 3/21/2005 regarding docket entry # 46 Motion to Appoint Counsel and to Dismiss Current Counsel filed by James Bogarty; David Tobin for the govt. and Edward Lee for the deft.; The court addresses the deft. and hears from counsel for the deft.; The govt. also addresses the court; The court will allow the motion and orders the clerk to appoint new counsel forthwith. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 03/21/2005) |
| 03/22/2005 | 47 | Magistrate Judge Marianne B. Bowler: Electronic order entered; CJA 20 for James Bogarty: Appointment of Attorney Robert Y. Murray for James Bogarty. (Saccoccio, Dianalynn) (Entered: 03/22/2005) |
| 03/23/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 46 Motion to Appoint Counsel as to James Bogarty(2) and granting 46 Motion to Dismiss Counsel as to James Bogarty(2). (Bowler, Marianne) (Entered: 03/23/2005) |
| 04/08/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Final status conference for Gerald Anderson and James Bogarty held on 4/8/2005; David Tobin for the govt.; Benjamin Entine and Robert Murray for the |

|  |  |  |
|---|---|---|
|  |  | defts.; Counsel for the defts. request and additional 60 days for a further status conference and the govt. is amenable; A further status conference is set 6/6/2005 at 2:30 PM; The parties agree to exclude the time from today to 6/6/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 04/08/2005) |
| 05/19/2005 | 48 | Assented to MOTION to Exclude *Time* as to Gerald Anderson, James Bogartyby USA. (Tobin, David) (Entered: 05/19/2005) |
| 05/20/2005 |  | Judge Marianne B. Bowler: Electronic ORDER entered granting 48 Motion to Exclude as to Gerald Anderson(1) and James Bogarty(2). (Bowler, Marianne) (Entered: 05/20/2005) |
| 06/06/2005 |  | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Gerald Anderson and James Bogarty held on 6/6/2005; David Tobin for the govt.; Benjamin Entine and Robert Murray for the defts.; Parties anticipate additional discovery and request a further status conference 30 days from today; A further status conference is set for 7/7/2005 at 2:30 PM; Parties agree to exclude the time from today to 7/7/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 06/07/2005) |
| 06/10/2005 | 49 | Assented to MOTION to Exclude *Time* as to Gerald Anderson, James Bogartyby USA. (Tobin, David) (Entered: 06/10/2005) |
| 06/15/2005 |  | Judge Marianne B. Bowler: Electronic ORDER entered granting 49 Motion to Exclude as to Gerald Anderson(1) and James Bogarty(2). (Bowler, Marianne) (Entered: 06/15/2005) |
| 07/07/2005 |  | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Gerald Anderson and James Bogarty held on 7/7/2005; David Tobin for the govt.; Benjamin Entine and Robert Murray for the defts.; Counsel for the defts. request that the case is returned to the district judge to set a trial date; The court will file a final status report and return the case to the district judge forthwith. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 07/08/2005) |
| 07/07/2005 | 50 | Magistrate Judge Marianne B. Bowler: ORDER entered; REPORT AND ORDER on Final Status Conference for Gerald Anderson and James Bogarty (Saccoccio, Dianalynn) (Entered: 07/08/2005) |

| | | |
|---|---|---|
| 07/07/2005 | | Judge update in the case of Gerald Anderson and James Bogarty; Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 07/08/2005) |
| 07/11/2005 | | NOTICE OF HEARING as to Gerald Anderson, James Bogarty Pretrial Conference set for 7/27/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/11/2005) |
| 07/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Pretrial Conference as to Gerald Anderson, James Bogarty held on 7/27/2005 ; no one appears for Bogarty; 1 week trial; Jury Trial set for 10/31/2005 09:00 AM in Courtroom 13 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/28/2005) |
| 10/14/2005 | 51 | MOTION to Continue *Trial* as to Gerald Anderson. (Entine, Benjamin) (Entered: 10/14/2005) |
| 10/17/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 51 Motion to Continue as to Gerald Anderson (1). Allowed as to defendant Anderson ONLY. Status conference set for 12/8/05 at 2:00 p.m. for Anderson. (Urso, Lisa) (Entered: 10/17/2005) |
| 10/27/2005 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to James Bogarty held on 10/27/2005, Plea entered by James Bogarty (2) Guilty Count 1s-3s,6s. Sentencing set for 1/18/2006 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 10/28/2005) |
| 10/27/2005 | 52 | Judge Rya W. Zobel : OrderORDER entered. PROCEDURAL ORDER re sentencing hearing as to James Bogarty Sentencing set for 1/18/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 10/28/2005) |
| 11/16/2005 | | NOTICE OF RESCHEDULING as to James Bogarty Sentencing reset for 2/23/2006 02:00 PM in Courtroom 12 before Judge Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/16/2005) |
| 11/16/2005 | 53 | Judge Rya W. Zobel : AMENDEDORDER entered. PROCEDURAL ORDER re sentencing hearing as to James Bogarty Sentencing set for 2/23/2006 02:00 PM in Courtroom 12 before Judge Judge Rya W. Zobel. (Urso, Lisa) (Entered: |

| | | |
|---|---|---|
| | | 11/16/2005) |
| 11/18/2005 | | Attorney update in case as to James Bogarty. Attorney Edward J. Lee terminated. (Urso, Lisa) (Entered: 11/18/2005) |
| 12/08/2005 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Status Conference as to Gerald Anderson held on 12/8/2005 Change of Plea Hearing set for 12/20/2005 12:00 PM in Courtroom 12 before Judge Rya W. Zobel. Jury Trial set for 3/27/2006 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 12/08/2005) |
| 12/08/2005 | 54 | MOTION to Continue Sentencing to after 3/13/06 as to James Bogarty. (Johnson, Jay) (Entered: 12/12/2005) |
| 12/13/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 54 Motion to Continue as to James Bogarty (2) Sentencing reset for 3/22/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 12/14/2005) |
| 12/20/2005 | | electronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to Gerald Anderson held on 12/20/2005, Plea entered by Gerald Anderson (1) Guilty Count 3s,4s-5s. Sentencing set for 3/14/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 12/20/2005) |
| 12/20/2005 | 55 | Judge Rya W. Zobel : ProceduralORDER entered. PROCEDURAL ORDER re sentencing hearing as to Gerald Anderson Sentencing set for 3/14/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 12/20/2005) |
| 02/13/2006 | 56 | MOTION to Continue *Sentencing* to 3/16/2006 to Continue Sentencing as to Gerald Anderson. (Entine, Benjamin) (Entered: 02/13/2006) |
| 02/15/2006 | | Judge Rya W. Zobel : Electronic ORDER entered granting 56 Motion to Continue as to Gerald Anderson (1) Sentencing reset for 3/16/2006 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 02/15/2006) |
| 03/10/2006 | 57 | MOTION for Downward Departure as to Gerald Anderson. (Entine, Benjamin) (Entered: 03/10/2006) |
| 03/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 3/16/2006 for Gerald Anderson |

|  |  |  |
|---|---|---|
|  |  | (1), Count(s) 3s, 4s-5s, The defendant is sentenced to 37 months BOP; 72 months SR; $300.00 SA; no fine; standard conditions apply; drug treatment & testing; if deported, leave the US; recommendation; Fairton, NJ; participate in a GED program;. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 03/21/2006) |
| 03/16/2006 |  | Judge Rya W. Zobel : Electronic ORDER entered denying 57 Motion for Departure as to Gerald Anderson (1) (Urso, Lisa) (Entered: 03/22/2006) |
| 03/21/2006 | 58 | MOTION for Downward Departure or Non-guidlines Sentencing and Sentencing Memorandum to James Bogarty. (Johnson, Jay) Modified on 3/23/2006 (Johnson, Jay). (Entered: 03/22/2006) |
| 03/22/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 3/22/2006 for James Bogarty (2), Count(s) 1s-3s, 6s, The defendant was sentenced to 108 months BOP; 12 years SR; Standard conditions apply; Rec. 500 hour drug treeatment program; SC; mental helath and drug treatment & testing; DNA sample; SA; $400.00;. (Court Reporter Cahterine Handel.) (Urso, Lisa) (Entered: 03/23/2006) |
| 03/23/2006 | 59 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Gerald Anderson (1), Count(s) 3s, 4s-5s, The defendant is sentenced to 37 months BOP; 72 months SR; $300.00 SA; no fine; standard conditions apply; drug treatment & testing; if deported, leave the US; recommendation; Fairton, NJ; participate in a GED program; (Urso, Lisa) (Entered: 03/24/2006) |
| 03/23/2006 | 60 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to James Bogarty (2), Count(s) 1s-3s, 6s, The defendant was sentenced to 108 months BOP; 12 years SR; Standard conditions apply; Rec. 500 hour drug treatment program; SC; mental health and drug treatment & testing; DNA sample; SA; $400.00; (Urso, Lisa) (Entered: 03/24/2006) |
| 04/04/2006 | 61 | TRANSCRIPT of Sentencing Hearing as to James Bogarty held on March 22, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/951-4555 or the Clerk's |

| | | |
|---|---|---|
| | | Office. (Scalfani, Deborah) (Entered: 04/04/2006) |
| 04/17/2006 | 62 | NOTICE OF APPEAL by USA as to James Bogarty Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/8/2006. (Tobin, David) (Entered: 04/17/2006) |