04-10110
USDC-MABO
J. Zobel

# United States Court of Appeals
## For the First Circuit

**MANDATE**

No.  06-1859

UNITED STATES OF AMERICA

Appellant

v.

JAMES BOGARTY, a/k/a Chuck

Defendant - Appellee

---

**JUDGMENT**

Entered: July 28, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

**Mandate to issue forthwith.**

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/28/06

By: _____LYNNE ALIX MORRISON_____
Lynne Alix Morrison, Appeals Attorney

[cc: David G. Tobin, AUSA, Dina Michael Chaitowitz, AUSA, Patrick M. Hamilton, AUSA, Jennifer H. Zacks, AUSA, Robert Y. Murray, Esq., James Bogarty, defendant]

Filed in Clerks Office, US Court of Appeals for the First Circuit: 2006 JUL 28 P 3:02