*04 ~ 10110*
*USDC-MABO*
*J. Zobel*

# United States Court of Appeals
## For the First Circuit

**MANDATE**

No.    06-1859

UNITED STATES OF AMERICA

Appellant

v.

JAMES BOGARTY, a/k/a Chuck

Defendant - Appellee

**JUDGMENT**

Entered:  July 28, 2006
Pursuant to 1st Cir. R. 27(d)

*2006 JUL 28  P 3: 02*
*FILED IN CLERKS OFFICE*
*US COURT OF APPEALS*
*FOR THE FIRST CIRCUIT*

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

**Mandate to issue forthwith.**

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 7/28/06

By: _____LYNNE ALIX MORRISON_____
Lynne Alix Morrison, Appeals Attorney

[cc: David G. Tobin, AUSA, Dina Michael Chaitowitz, AUSA, Patrick M. Hamilton, AUSA, Jennifer H. Zacks, AUSA, Robert Y. Murray, Esq., James Bogarty, defendant]