6-10-08

MR. JAMES BOGARTY

FILED
IN CLERKS OFFICE

2008 JUN 13 P 1:27

U.S. DISTRICT COURT
DISTRICT OF MASS.

\# 25193-038
FCI FAIRTON
P.O. Box 420
FAIRTON, NJ 08320


HONORable CLERK OF THE COURT
John JOSEPH MOAKLEY
U.S. COURTHOUSE
1 COURTHOUSE WAY SUITE 2800
BOSTON, MASS    02210


RE: <u>USA v JAMES BOGARTY</u>
       DOCKET \# 04-10110-RWZ


GREETINGS!
           I 'AM REQUESTING A COPY
OF THE RECENT DOCKET SHEET SHOWING
THE STATUS OF MY CURRENT LITIGATION.
MY ATTORNEY HAD SUBMITTED A MOTION
FOR A REDUCTION OF SENTENCE UNDER THE
CHANGE IN THE USSG CONCERNING POSSESION
OF CRACK COCAIN AND UNDER THE U.S.
SUPREME COURT DECESION IN "<u>Kimbough</u>"

           I THANK YOU FOR YOUR TIME AND